

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00398-CV

**IN THE INTEREST OF J.E.J.H., A CHILD,**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-06-0564-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

In this accelerated appeal of the trial court's June 6, 2019 order terminating appellant Dad's parental rights, Appellant's brief was due to be filed with this court on July 29, 2019. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is due on August 19, 2019. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court